John M. Naylor
Nevada Bar No. 5435
Jennifer L. Braster
Nevada Bar No. 9982
NAYLOR & BRASTER
1050 Indigo Drive, Suite 112
Las Vegas, NV 89145
(t) (702) 420-7000
(f) (702) 420-7001
jnaylor@naylorandbrasterlaw.com
jbraster@naylorandbrasterlaw.com

Attorneys for Midland Credit
Management, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY TOTH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>Defendant. | Case No. 2:15-cv-00018-RFB-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(A)(1)(ii) and Local Rule 7-1(b), it is hereby stipulated by the parties hereto that the above-entitled matter be dismissed with prejudice, each party to bear their own costs and attorney's fees.

Dated this 29th of May, 2015.

NAYLOR & BRASTER

By: /s/ Jennifer L. Braster
    John M. Naylor
    Nevada Bar No. 5435
    Jennifer L. Braster
    Nevada Bar No. 9982
    1050 Indigo Drive, Suite 112
    Las Vegas, NV 89145

Attorneys for Midland Credit Management, Inc.

Dated this 29th of May, 2015.

By: /s/ Danny J. Horen
    Danny J. Horen
    Nevada Bar No. 13153
    Kazerouni Law Group, APC
    7854 W. Sahara Avenue
    Las Vegas, NV 89117

    David H. Krieger
    Nevada Bar No. 9086
    HAINES & KRIEGER, LLC
    8985 S. Eastern Avenue, Suite 130
    Henderson, NV 89123

Attorneys for Timothy Toth

IT IS SO ORDERED this ___ day of _____ 2015.

_____
UNITED STATES DISTRICT JUDGE

NAYLOR & BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 112
Las Vegas, NV 89145
(702) 420-7000

2 of 2