John M. Naylor
Nevada Bar No. 5435
Jennifer L. Braster
Nevada Bar No. 9982
NAYLOR & BRASTER
1050 Indigo Drive, Suite 112
Las Vegas, NV 89145
(t) (702) 420-7000
(f) (702) 420-7001
jnaylor@naylorandbrasterlaw.com
jbraster@naylorandbrasterlaw.com

Attorneys for Midland Credit
Management, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY TOTH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>Defendant. | Case No. 2:15-cv-00018-RFB-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(A)(1)(ii) and Local Rule 7-1(b), it is hereby stipulated by the parties hereto that the above-entitled matter be dismissed with prejudice, each party to bear their own costs and attorney's fees.

Dated this 29th of May, 2015.                                              Dated this 29th of May, 2015.

NAYLOR & BRASTER

By: /s/ Jennifer L. Braster                                   By:    /s/ Danny J. Horen
    John M. Naylor                                                          Danny J. Horen
    Nevada Bar No. 5435                                                 Nevada Bar No. 13153
    Jennifer L. Braster                                                      Kazerouni Law Group, APC
    Nevada Bar No. 9982                                                 7854 W. Sahara Avenue
    1050 Indigo Drive, Suite 112                                         Las Vegas, NV 89117
    Las Vegas, NV 89145

Attorneys for Midland Credit                                       David H. Krieger
Management, Inc.                                                          Nevada Bar No. 9086
                                                             HAINES & KRIEGER, LLC
                                                             8985 S. Eastern Avenue, Suite 130
                                                             Henderson, NV 89123

                                                             Attorneys for Timothy Toth

IT IS SO ORDERED this 1st day of ____June____ 2015.

                                                             _____
                                                             RICHARD F. BOULWARE, II
                                                             United States District Judge

NAYLOR & BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 112
Las Vegas, NV 89145
(702) 420-7000

2 of 2